USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NAQUAN PETERSON,

                          Plaintiff,                  21-CV-1005 (LAK) (KHP)

      -against-                   **ORDER CONVERTING INITIAL
                                                                CASE MANAGEMENT
                                                                 CONFERENCE**

UNITED STATES OF AMERICA,

                        Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Initial Case Management Conference in this matter scheduled for **Monday, August 23, 2021, at 11:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:     New York, New York
                August 11, 2021

                                                                _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge