USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NAQUAN PETERSON,

                              Plaintiff,                    **21-CV-1005 (LAK) (KHP)**

             -against-                     **ORDER RESCHEDULING CASE**
                                                                               **MANAGEMENT CONFERENCE**

UNITED STATES OF AMERICA,

                              Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Case Management Conference in this matter scheduled for Wednesday, November 3, 2021 at 12:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, November 18, 2021 at 12:30 p.m.** **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

        **SO ORDERED.**

DATED:    New York, New York
                  September 29, 2021

                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge