USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAQUAN PETERSON,

                        Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                       Defendant.
-----------------------------------------------------------------X

21-CV-1005 (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for Wednesday, February 23, 2022, at 12:00 p.m. is hereby rescheduled to **Wednesday, February 23, 2022 at 3:30 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        **SO ORDERED.**

DATED:     New York, New York
              February 2, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge