USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAQUAN PETERSON,

                               Plaintiff,                        **21-CV-1005 (KHP)**

        -against-                                      **ORDER**

UNITED STATES OF AMERICA,

                               Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the case management conference, the expert discovery deadline is extended to **October 31, 2022.**

Furthermore, a Case Management Conference is scheduled for **Wednesday, September 28, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        **SO ORDERED.**

DATED:     New York, New York
                July 12, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge