

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2022

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 15, 2022

<div style="border: 1px solid red;">

**APPLICATION GRANTED:** The case management conference scheduled for January 10, 2023 at 11:00 a.m. in Courtroom 17-D, 500 Pearl Street, New York, New York 10007 is hereby rescheduled to Tuesday, February 7, 2023 at 11:30 a.m.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

12/16/2022

</div>

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *Peterson v. United States of America*, No. 21 Civ. 1005 (KHP)

Dear Judge Parker:

This Office represents the United States of America (the "Government") in this action brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346.  Pursuant to the Court's order dated November 1, 2022, Dkt. No. 46, this matter is scheduled for an in-person case management conference on January 10, 2023 at 11:00 a.m.  I write respectfully to request a brief adjournment of this conference.  The reason for this request is that I have a deposition scheduled in another matter on January 10, 2023, which I was unable to reschedule.  I apologize to the Court for the inconvenience.  Should the Court grant this request, the parties are available to appear for the conference on: January 16, January 23, January 31, February 1, and February 3, 2023.  To the extent that the Court wishes to proceed with the conference on January 10, 2023, another Assistant U.S. Attorney will appear on behalf of the Government.  Plaintiff consents to the request made herein.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *s/ Elizabeth J. Kim*
ELIZABETH J. KIM
Assistant United States Attorney
Telephone:  (212) 637-2745
Facsimile:  (212) 637-2786
E-mail:  elizabeth.kim@usdoj.gov

cc: Alan D. Levine, Esq. (via ECF)