```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAQUAN PETERSON,

                              Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                             Defendant.
-----------------------------------------------------------------X

21-CV-1005 (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Tuesday, February 7, 2023, at 11:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

          SO ORDERED.

DATED:    New York, New York
               February 6, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge