USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAQUAN PETERSON,

                        Plaintiff,                      21-CV-1005 (KHP)

       -against-                              **ORDER**

UNITED STATES OF AMERICA,

                       Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the February 7, 2023 conference, the Plaintiff shall confirm whether the Plaintiff will be calling any additional expert witnesses by **February 28, 2023**. The parties shall file a joint status letter by **Friday, March 24, 2023**, updating the Court on the progress of settlement discussions and remaining discovery.

      **SO ORDERED.**

DATED:     New York, New York
               February 8, 2023

                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge