# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

ALAN D. LEVINE  (718) 793-6363
SUSANNE RAMKISHUN  FAX: (718) 793-0385

E-MAIL: alan.levine@alandlaw.com

July 12, 2023

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023

Re: Peterson v. United States
21 CV 1005 (KHP)

Dear Judge Parker:

I am one of the attorneys for the plaintiff in the above-referenced action. I write, with the consent of the attorney for the defendant, to (a) request an adjournment of the conference presently scheduled for July 17, 2023, at 11:00 A.M., and (b) to request a thirty-day adjournment of the present expert discovery deadline.

On June 23, 2023, plaintiff requested an extension of the time to complete fact discovery. On June 26, 2023, Your Honor granted plaintiff's request, ordering that fact discovery would close on July 31, 2023, and directing the parties to submit a status report on July 28, 2023. In light of Your Honor's order, plaintiff respectfully requests that the conference presently scheduled for July 17, 2023, be adjourned to a date after the close of fact discovery and that expert discovery be extended thirty days, from August 7, 2023, to September 6, 2023.

I thank the court for its consideration of this request.

SO ORDERED:

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   7/13/2023

Very truly yours,

/s/ Susanne Ramkishun
SUSANNE RAMKISHUN, ESQ.

SR/
cc: Elizabeth Kim

> The parties' request to adjourn the conference is DENIED. The purpose of the conference is to check in with the parties' progress with discovery. The parties shall be prepared to discuss progress with fact discovery since June 23, 2023 and what expert discovery is contemplated and why the deadline should be extended.