```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAQUAN PETERSON,

                                    Plaintiff,                              21-CV-1005 (KHP)

                -against-                                                   ORDER

UNITED STATES OF AMERICA,

                                    Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the July 17, 2023 conference, fact discovery is now closed. This case is referred to the Clerk of Court for assignment to the Honorable Sarah Netburn for settlement. By **July 25, 2023**, the parties are directed to contact the chambers of the Honorable Sarah Netburn to schedule a settlement conference.

The deadline for affirmative expert reports is 45 days after mediation, if unsuccessful. Rebuttal experts reports are due 45 days after affirmative expert reports. All expert depositions shall be completed by 120 days after the unsuccessful mediation. The parties shall file a joint status letter **after mediation is complete**.

SO ORDERED.

DATED:   New York, New York
         July 18, 2023

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge