UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAQUAN PETERSON,

                   Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                   Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/10/2023

**SCHEDULING ORDER**

**21-CV-01005 (KHP)**

     A status conference in this matter is scheduled for **Monday, February 5, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Any requests for adjournment must be submitted via ECF at least three days in advance of a scheduled proceeding.

     The parties are reminded of the deadlines for the expert discovery process in the Court's July 18, 2023 order (ECF No. 68). The deadline for affirmative expert reports is **Monday, November 20, 2023**. Rebuttal expert reports are due **Thursday, January 4, 2024**. All expert depositions shall be completed by **Friday, February 2, 2024**.

     **SO ORDERED.**

Dated: October 10, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge