UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAQUAN PETERSON,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

**ORDER**

**21-CV-01005 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This Court has been advised that the parties have reached a settlement in this matter. Accordingly, the Status Conference previously scheduled for **Monday, February 5, 2024 at 10:00 a.m.** is hereby adjourned *sine die*.

It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Friday, November 17, 2023,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before Friday, November 17, 2023; any request filed thereafter may be denied solely on that basis.**

SO ORDERED.

Dated: New York, New York
       October 19, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge